IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JAN 09 2014
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

SHANE VANDERMOLEN                                          PLAINTIFF

v.                    14-6001

MICHELLE REEVES ; NURSE                                    DEFENDANT
GARLAND COUNTY DETENTION CENTER
525 Ouachita Ave.
Hot Springs, Ar 71901

RONNIE BRANSTETTER ; JAIL ADMINISTER
GARLAND COUNTY DETENTION CENTER
525 Ouachita Ave
Hot Springs, Ar 71901

DONALD P. BRADY, MD ; Neurology
HEALTH STAR
1661 Airport Road, Suite E
Hot Springs, Ar  71913

JURY TRIAL DEMANDED
ORIGINAL COMPLAINT

## I. JURISDICTION

Plaintiff, Shane Vandermolen being Pro Se brings this lawsuit pursuant to 42 U.S.C § 1983. This Court has jurisdiction under 28 U.S.C §§ 1331, 1343

## II. VENUE

The Western District Of Arkansas, Hot Spring Division is an appropriate venue under 28 U.S.C. § 1391. The events or omissions giving rise to claims occurred in this District

## III. PARTIES

Plaintiff Shane Vandermolen was at all times relevant to this action a pre-trail detainee incarcerated at the Garland County Detention Center, which is located in the Western District Of Arkansas, Hot Springs Division

Defendant Michelle Reeves was at all times relevant to this action as the nurse at Garland County Detention Center and was acting under the color of federal and State law. She is sued in her individual and offical capacities.

Defendant Ronnie Branstetter was at all

times Jail Admininster at the Garland County Detention Center is relevant to this action, was also acting under the color of Federal and State law. By statute the Jail Administer is responsible for ensuring the safety and well-being of inmates under his supervision along with detention and the day to day activity of the detention center. He is sued in his individual capacity offical capacity.

Defendant Donald P. Brady was relevant to action from December 2012 to present date. The defendant is a doctor in the neurology field contracted out through the Garland County Detention Center therefore acting under the color of Federal and State law. He is being sued in his individual capacity.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff exhausted his administrative remedies as required by Garland County Detention Center and Federal Rules of Civil Procedure policies.

## V. FACTUAL ALLEGATIONS

1) On or about August 13, 2012, Plaintiff arrived at the Garland County Detention Center

2) On or about August 13, 2012 Officer Kellogg did plaintiff's medical history

3) On or about October 2, 2012 Defendant goes on record with Mercy hospital stating plaintiff has already been seen by a neurologist.

4) The plaintiff's first appointment with Dr. Brady was October 15, 2012.

5) Between 10-2-2012 thur 1-2-14 the defendant Dr. Brady has been my neurologist and I continue to suffer extreme grand mal seizures

6) Dr. Brady refuses to prescribed any sleep aid knowing the plaintiff sleeps in dayroom where the lights are on 24 hours per day disallowing the plaintiff to sleep or recognize night from day

7) The E.R doctor at National Park Medical Center upied my prescription for amitriptyline so the plaintiff may rest. Dr. Donald P. Brady has denied this request hindering my sleep and health process.

8) I have placed in a medical complant. I have yet to receive the complant back.

on 12-11-13 explaining the problems I have had going on nurse michelle Reeves said she will contact Dr. Donald Brady I recevied no treatment and had a seizure

9. On 12-18-13 I wrote a medical complaint nurse michelle Reeves did not sign it the Jail Administer who has no medical certificate Captain Ronnie Bramstatter

## V. CAUSES OF ACTION

Plaintiff was denied due process under the fourteenth Amendment to the Constitution

10. Plaintiff incorporates in the above paragraphs as though they were stated fully here in

11. Donald P. Brady violated the plaintiff's rights to due process when he acted with deliberate indifference to plaintiff's serious medical need.

12. Michelle Reeves violated the plaintiff's fourteenth Amendment by intentionally delayed access to a specialist along with providing

grossley inadequate treatment.

13 Ronnie Branstetter violated the plaintiff's fourteenth Amendment rights by signing his name to a medical complant that should have went to Nurse Michelle Reaves. Ronnie Branstetter is the Jail Administer with no background in the medical field nor any medical certificate.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Honorable Court:

A) Declare that the acts and omissions described herein violated Plaintiff's right under the Constitution and laws of the United States;

B) Order Defendants to pay compensatory and punitive damages;

C) Grant other just and equitable relief that this Honorable Court deems necessary.

Respectfully Submitted
Shane Vandermolen

Shane Vandermolen
525 Ouachita Ave
Garland County Sheriff Office
Hot Springs, Arkansas
71901-5117

Signed December 16, 2013

Nothing to follow

Shane Vandermolen
505 Ouachita Ave
Hot Springs, Arkansas
71901

INMATE
MAIL

LITTLE ROCK AR 722
03 JAN 2014 PM 2 L

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
35 EAST MOUNTAIN ROOM 510
FAYETTEVILLE, ARKANSAS
72701

72701535335