IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHANE VANDERMOLEN                                                    PLAINTIFF

v.                                    Case No. 6:14-CV-06001

NURSE MICHELLE REEVES, Garland County Detention
Center; JAIL ADMINISTRATOR RONNIE
BRANSTETTER; and DR. DONALD P. BRADY                              DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 30) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 19) is GRANTED; Plaintiff's oral motion to dismiss Defendant Brady is GRANTED; and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE