IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHANE VANDERMOLEN                                                                                        PLAINTIFF

v.                                        Case No. 6:14-CV-06001

NURSE MICHELLE REEVES, Garland County Detention
Center; JAIL ADMINISTRATOR RONNIE
BRANSTETTER; and DR. DONALD P. BRADY                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 7th day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE